UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES BRUCE INNES and WANDA J. INNES, a married couple,<br><br>             Plaintiffs,<br>vs.<br><br>FRANCIS J. GERLITS, an individual; and DOES INDIVIDUAL/ENTITIES I through XX,<br><br>             Defendants. | Case No.:  1:16-cv-00110-BLW<br><br>**ORDER FOR SUBSTITUTION OF PARTY UNDER F.R.C.P. 25(a)** |

WHEREAS, upon the filing of the Motion for Substitution of Party Under F.R.C.P. 25(a), the Court finds good cause to grant the motion.

NOW THEREFORE IT IS HEREBY ORDERED THAT, the motion to substitute (docket no. 12) is GRANTED.  From the date of this Order and for the duration of this litigation, the named party Defendants shall now be Suzanne L. Gerlits, Independent Executor of the Estate of Francis J. Gerlits, and/or the Estate of Francis J. Gerlits, due to the death of Defendant Francis J. Gerlits.  The caption in this case shall be amended to reflect this substitution.



DATED: August 1, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court