UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES BRUCE INNES and WANDA J. INNES, a married couple,<br><br>                Plaintiffs,<br><br>vs.<br><br>SUZANNE L. GERLITS, Independent Executor of the Estate of Francis J. Gerlits, and/or the Estate of Francis J. Gerlits, Deceased,<br><br>                Defendant. | Case No. 1:16-cv-00110-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. The Court, having reviewed the Stipulation and being advised in the premises, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 21) is APPROVED, and that this case be DISMISSED WITH PREJUDICE, including all claims that were or might have been asserted therein, each party to bear its own costs and attorney fees. The Clerk shall close this case.

DATED: January 20, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE - 1**

Client:4313676.1